CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 02 2016

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 7:05-cr-00103-1 |
| v. | ORDER |
| MALIK TRUTH MUHAMMAD,<br>Petitioner. | By: Hon. Michael F. Urbanski<br>United States District Judge |

For the reasons stated in the Opinion accompanying this Order, it is **ORDERED** that the motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is **GRANTED**; the United States Probation Office is directed to **PREPARE** an amended presentence report as soon as possible, and the Clerk is directed to **SCHEDULE** a resentencing hearing promptly, subject to Muhammad's preferred method of participation.

ENTER: This 1st day of March, 2016.

/s/ Michael F. Urbanski
United States District Judge